**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Nancy McIntyre, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>Nancy A. Berryhill, *Acting Commissioner* )<br>*Of Social Security,* )<br>Defendant. ) | Case No. 4:17-cv-2865 UNA |

## **ORDER**

The above styled and numbered case was filed on December 12, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Ronnie L. White, United States District Judge, under cause number 1:17cv00215.

**IT IS FURTHER ORDERED** that cause number 4:17cv2865 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: December 13, 2017        By: /s/ Michele Crayton
                                                                           Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:17-cv-00215 RLW.**